UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD MORRIS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-2286 |
| GC SERVICES, LP, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on May 8, 2015 (docket entry no. 8), this action is **DISMISSED** with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 12th day of May, 2015, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**